IN RE: DUMOULINS, SOPHIE J.                    CASE NO. 10-10845

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

103

60-249 / 433

**AARON CAILLOUET, Trustee**
401 MENARD STREET
THIBODAUX LA 70301
Regarding

DUMOULINS, SOPHIE J (10-10845 A)
92005173248566

COMBINED SMALL CHECK

**VOID AFTER 90 DAYS**

TID # 380220

Date    03/24/2011

$ ***********4.19

~~~Four Dollars and 19/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑆00000103⑆ ⑈043302493⑇92005173248566⑈

---

**UNITED STATES**
**BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228368    — KW
* * C O P Y * *
March 28, 2011
12:44:18

UNC.UNDER$25
10-10845
Debtor.: SOPHIE J DUMOULINS
Trustee: Aaron Caillouet
Amount.:                $4.19 CH
Check#.: 103

Total—>  $4.19

FROM: CAILLOUET

3/28/11
DEPOSITED TO UNCLAIMED
UNDER $25.00.
DUE: AMERICAN INFOSOURCE LP

Printed: 03/24/11 11:40 AM

# Claims Distribution Small Checks

Page: 1

**Case:** 10-10845 - DUMOULINS, SOPHIE J

**Trustee: AARON CAILLOUET (380220)**

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 52005173248566 | 103 | 03/24/11 | 3 | 08/03/10 | 610 | Payee: Clerk, U.S. Bankruptcy Court<br>American Infosource Lp As Agent for | 170.97 | 170.97 | 4.19 | 4.19 |

Check Amount: $4.19

(*) Denotes objection to Amount Filed